IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIZZY SIMMONS, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | * |
| | *   CIVIL ACTION NO. 20-00508-B |
| KILOLO KIJAKAZI, | * |
| Acting Commissioner of | * |
| Social Security, | * |
| | * |
|     Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED.**

**DONE** this **15th** day of **September, 2022.**

                                                /s/ SONJA F. BIVINS
                                        UNITED STATES MAGISTRATE JUDGE